FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERT HUNSTAD and MILDRED HUNSTAD,<br><br>Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN (a Foreign Insurance Company),<br><br>Defendant. | NO. 2:18-cv-00134-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion of Dismissal of Defendant Foremost Insurance Company Grand Rapids Michigan, ECF No. 9. The parties stipulate and request the Court dismiss this matter with prejudice and without attorneys' fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court accepts the stipulation and enters it into the record.

//
//
//

Accordingly, **IT IS HEREBY ORDERED**:

**ORDER DISMISSING CASE ~ 1**

1. The parties' Stipulated Motion of Dismissal of Defendant Foremost Insurance Company Grand Rapids Michigan, ECF No. 9, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **vacated.**

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** this file.

**DATED** this 1st day of February 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE ~ 2**